IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 3:15-CR-30042-DRH |
| ) | |
| STEVEN M. ZACHMAN, ) | 18 U.S.C. §§ 1462 & 1467 |
| ) | |
| Defendant. ) | **FELONY INFORMATION** |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**Transportation of Obscene Matter**

From on or about August 29, 2013, to on or about November 3, 2013, in St. Clair County, Illinois, within the Southern District of Illinois, the defendant,

**STEVEN ZACHMAN,**

knowingly used an interactive computer service for carriage in interstate commerce of obscene, lewd, lascivious, and filthy pictures, motion-picture films, and other matter of indecent character. Specifically, the defendant knowingly used the photosharing and social networking website, Tumblr.com, to upload to the Internet digital images and videos depicting graphic bestiality, as well as images of prepubescent minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256. All in violation of Title 18, United States Code, Section 1462(a).

### FORFEITURE ALLEGATION

Upon conviction, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467, any and all obscene material and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the

aforementioned offense. The property that is subject to forfeiture referred to above includes, but is not limited to, the following:

**One silver Apple Macbook Pro laptop computer, bearing serial number C02J60CRF1G4.**

STEPHEN R. WIGGINTON
United States Attorney

NATHAN D. STUMP
Assistant United States Attorney