# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br> )<br>    **Plaintiff,** )<br> )<br>**vs** )<br> )<br>**STEVEN ZACHMAN,** )<br> )<br>    **Defendant.** ) | **Cause No. 3:15CR30042DRH** |

## <u>DOCUMENTATION FILE</u>

Comes now Defendant, by and through counsel, and hereby files the below-referenced material with the Court as an aid in determining an appropriate sentencing disposition in the above-referenced matter.

1.  Letter from Illinois Department of Children & Family Services (August 2015);

2.  Memorandum written by Steven regarding his discharge from the U.S. Air Force and these charges;

3.  Picture of Steven and his fellow Explosive Ordinance Disposal (EOD) Team in Afghanistan;

4.  Character letters from family, friends and USAF colleagues;

5.  Awards and Decorations from USAF;

6.  Certificates and Letters of Appreciation for his community service and involvement;

7.  Training Certificates from Department of Defense, Department of Justice and Department of Homeland Security; and,

8.  USAF Enlisted Performance Reports.

Respectfully submitted,

FRANK, JUENGEL & RADEFELD,
ATTORNEYS AT LAW, P.C.

By: *s/ Matthew A. Radefeld*
MATTHEW A. RADEFELD (MO Bar #52288)
Attorneys for Defendant
7710 Carondelet Ave., Suite 350
Clayton, Missouri 63105
(314) 725-7777

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Nathan Stump
Assistant United States Attorney
Southern District of Illinois

*s/Matthew A. Radefeld*
MATTHEW A. RADEFELD