

**Illinois Department of**
# DCFS
**Children & Family Services**

Bruce Rauner
Governor

George H. Sheldon
Acting Director

August 04, 2015

     Zachman, Steven
     42 Innsbruck Ln
     Belleville, IL  62221-4405

RE: SCR#: 2182745A
    CASE NAME: Zachman, Steven
    REPORT DATE: 05/19/2015

Dear Steven Zachman:

You were previously notified that the Department of Children & Family Services ("DCFS") was investigating a report of suspected child abuse or neglect in fulfillment of its duties under the Abused & Neglected Child Reporting Act, 325 ILCS 5/1 et seq.

After a thorough evaluation, DCFS has determined the report to be "unfounded." This means that no credible evidence of child abuse or neglect was found during this investigation and that your name will not be listed as a perpetrator of child abuse or neglect on the State Central Register. This does not necessarily mean that an incident did not occur. An incident may have occurred but the evidence did not rise to the level required to indicate for abuse or neglect as dictated by state law and DCFS Administrative Rule.

DCFS will maintain a copy of this investigative report for a period of one to three years depending on the specific allegation(s) that was investigated in accordance with the provisions of the Abused and Neglected Child Reporting Act. The State Central Register is confidential under state law and not available to the general public.

If you believe that an intentional false report was made to DCFS, you have the right to request that DCFS maintain the report as an intentional false report. Your request to have the report maintained as an intentional false report must be in writing and must be postmarked within 10 days of the date of this letter. Your request must be sent to the State Central Register, 406 East Monroe Street, Station 30, Springfield, Illinois 62701-1498.

State Central Register
406 E. Monroe, Sta. 30 • Springfield, Illinois 62701
217-785-4010 • 800-358-5177 / TTY
www.dcfs.illinois.gov

#0003 v11

You may find further information, including the DCFS administrative rules, on the DCFS website at www.state.il.us/dcfs. If you have additional questions or concerns, you may contact the DCFS Advocacy Office for Children & Families at 800-232-3798 or 217-524-2029.


Sincerely,

Deanna Large, SCR Administrator
State Central Register

**State Central Register**
406 E. Monroe, Sta. 30 • Springfield, Illinois 62701
217-785-4010 • 800-358-5177 / TTY
www.dcfs.illinois.gov

#0003 v11                                                                                        2/2

6 April 2015

MEMORANDUM FOR THE SEPARATION AUTHORITY

FROM: SSgt Steven M. Zachman

SUBJECT: Response to Notification of Discharge

1. This statement concerns the discharge action my commander initiated against me on 17 March 2015. My commander is recommending I receive an UOTHC discharge based on pending legal matters being handled in the Southern District of IL. I respectfully request that you consider my conditional waiver requesting a general discharge.

2. I have been an Explosive Ordnance Disposal Technician for the last 8 years. I have conducted combat missions in Afghanistan, watched trucks right in front of me get struck with IED's several times, pulled bodies from those trucks and rendered medical aid including 2 MEDEVAC's and 1 CASEVAC. I have held a soldier's hand as he stopped breathing after crying for "mommy," been shot at with small arms and RPG's, and worked with/trained foreign military EOD techs from at least 8 countries. Being an EOD tech is easily the most difficult and rewarding experience I've ever been through. I have trained, worked with, and been trained by the United States Secret Service, the FBI, the DEA, the TSA and countless local law enforcement agencies. In addition to the obvious combat role that is inherent with my job, I have excelled in the AF as well. All but one time I have earned over 90% on my PT tests, I have been recognized on the squadron, group, and wing level for both quarterly and annual awards, I received my CCAF degree long before my peers and also graduated ALS with the Levitow award. Besides excelling at my duties, I have given over 1,000 hours back to the local communities in which I have lived, volunteering everywhere I go from animal rescues, zoos, elderly care, USO annexes just to name a few. I organized and led over 100 others throughout my career at nearly every volunteer event, to the point where just my volunteer efforts where used as a bullet in a winning Stryzak award package for Cannon AFB. I have attached several documents citing my achievements and character reference letters to substantiate my claims. I would just like to mention that my greatest experience has been training the next generation of EOD techs for the last 4+ years. It has made me understand things more than I ever had and there is no comparable feeling to shaping people into a role that will literally save lives.

3. I ask that you also take into consideration everything that I have done and been through while I was pending investigation. I upheld my duties as an AF EOD SSgt for a year and a half while the AF conducted an investigation only to have it be handed off to the civilian sector where I face punishment in addition to being discharged and losing every benefit in which I have worked for. I can't explain what 550 days of anxiety at every phone call and doorbell feels like. I went nearly a year with no information or contact from anyone about the matter. Every once and a while a friend, coworker or family member would ask what is going on and I knew that they had been spoken to. My entire life has been upended, despite the fact that I am supposed to be innocent until proven guilty. Everyone looks at me different and talks behind my back. The only highlight for me was that I knew Lt Col Novy, my commander, believed in "innocent until proven guilty" and allowed me to continue serving as an EOD tech while the investigation was ongoing. In addition to the social stress and pending civilian court actions, if I am discharged with a UOTHC service characterization, I will lose any additional education benefits and more importantly the ability to receive medical care for conditions that are a direct result of damage sustained during training for, and operating in, a combat environment. To this day I have no regrets or malice

towards the AF and would gladly deploy back into an operational role. I implore you to consider my circumstances in your decision in my discharge.

4. In closing I feel that my service record on all levels from professional to personal has earned me at least a General discharge under honorable conditions. Because my civilian case is still pending, I cannot speak to the allegations that form the basis for this discharge. I know they are of a sensitive nature and I ask that you consider the evidence balanced against my military record when determining an appropriate service characterization in my case.

STEVEN M. ZACHMAN, SSgt, USAF

Attachments:

1. Character Letters (13 pages)
2. Awards and Decorations (9 pages)
3. Certificates and Letters of Appreciation (5 pages)
4. Enlisted Performance Reports (14 pages)
5. Training Certificates (28 pages)



3 April 2015

MEMORANDUM FOR REVIEWING AUTHORITIES

From: Barbara Zachman

SUBJECT: Letter of Support for SSgt Steven M. Zachman

Steven loves his job in the Air Force and had plans to make a career out of it.

Steven has a lot of family who have served in the military from WWII to the current conflicts around the world. Grandfather, father, uncles, great uncles, aunt and several cousins that have served in the Army and Navy, but mostly in the Air Force. My husband was a Vietnam Vet serving as a Vietnamese linguist for the Air Force.

Steven is very well like by everyone. When he met his ex-wife, she had moved out of her parent home her senior year in high school and quit school. He encouraged her to move back home with her parents and enroll in an alternative high school and get her high school diploma and not just a GED.

When she came to the end of the last semester, she had a 2 page report to write but didn't want to do it. Again, Steven was able to convince her it was in her best interest to complete the paper and be done with her class. She finally finished it and graduated.

This is Steven, encouraging people to do what is in their best interest.

Steven held a few jobs before joining the Air Force and was well thought of, was the first person to be asked to work over time, and even become a shift leader. Not one of his previous employers ever had a derogatory thing to say about his work ethics or how well he did his job. He's a hard working young man who works for everything he has.

When Steven moved out of our home and was renting a house with 3 friends, he would call us to see if we needed any help. One winter we took a short vacation in December, we were stranded somewhere in Kansas for 3 days until the roads were re-opened from a snow storm, when we got back, we found Steven shoveling our driveway and sidewalks, we had gotten over 2 feet of snow. Didn't ask him to, was just there because he knew it needed to be done.

He was always helping his in-laws with projects around their house when asked for his assistance, most of the time they just had to mention they wanted something done and he was doing it. They had nothing but good things to say about him then.

Steven was stationed at Clovis AFB for a couple of years and while there he volunteered at a rescue zoo. He and his wife spent almost every weekend volunteering and even donating supplies to rebuild and improve the animal enclosures. Rebuilding, improving, tree trimming and even scooping up poop. Whatever they needed help with he was willing. My husband and I visited just before he was deployed the first time and we visited the zoo. The employees there were very anxious to share stories and show us all the work Steven had completed. They were very sad that he was leaving. They made sure he knew if he ever came back to Clovis he would be welcomed back with open arms.

While deployed the 1st time his enlistment came up and instead of requesting duty stations where he wanted to go, he listed bases that were close to his wife's family. Steven wanted an overseas duty station but his wife couldn't be away from her family. She even had to move back to Colorado Springs for the 6 months he was gone because she couldn't be alone in Clovis living and working on base while he was gone. She didn't live with her parents but had to have an apartment for herself and their pets. Steven agreed to this and his pay went for paying for an apartment while maintaining his on-base housing. His coworkers kept an eye on their house and did all the outside maintenance.

While he was deployed to the Middle East, he planned a 3 week honeymoon to Chile on his down time. They spent 2 weeks on a working horse ranch in Chile so that his wife could ride horses every day. The first week was spent just traveling around to all the sites. The last 2 weeks were spent on the horse ranch. How many men would spend 10 days of vacation after returning home from a tour in the Middle East on a horse ranch where there was no electricity, small living quarters, and taking meals with the local Gaucho's?

Steven doesn't even like horses but his wife loves them. Then learns that his wife cheated on him while he was deployed. They reconciled but on his next deployment he comes home to find his wife cheated again while he was gone. He gave her everything in the house. When his ex-wife and her mother packed up the house they left him an old fry pan, 1 bedroom set, and I am sure the only reason she left that was because it was given to them by my brother-in-law and his wife as they were downsizing, a rickety old desk and a desk chair that had seen better days. Didn't even leave the coffee pot or sheets for the bed. Took half the funds in his investments portfolio, he also has had to pay all the credit cards she racked up and he never complained, just said that it was material things and could be replaced in time.

Trisha called my husband and I to tell us she was going to ruin Steven personally and professional and make his life a living hell. This was all before we learned that she was the one that was responsible for Steven's decision to ask for a divorce. Neither of us really knew what to say to her, so we just listened. My son isn't perfect, but he certainly didn't deserve this.

When we talked to Steven he only told us that they had grown apart. Never told us anything about her infidelity while he was deployed. Steven didn't try to influence or convince us to support his decision. Never said anything negative about Trisha at all. Steven still hasn't told us the reasons for his divorce but people will talk.

Once his wife was out of the house, he opened his home to a coworker that needed somewhere to live because his family was living in another state so that his disabled child could receive medical attention that was necessary for his/her survival. Didn't ask the coworker for rent or pay any part of the utilities.

Steven has a generous nature and will do anything for a friend or family member if it is within his power to do so.

Just after high school a friend was kicked out of his parent's home because he was dating a young lady that the parents didn't approve of [wrong religion]. Steven asked if his friend could

stay with us in our basement until he was able to find a job that would support him. We agreed, with conditions.

Steven lived at home until he was 21 because he wanted to make sure that once he moved out he had a job that would pay his expenses, he didn't want to be a person who had to move back in with his parents because he couldn't make it on his own. There was only one computer that was shared by the entire family. My husband was very tech savvy and monitored the kid's computer sites religiously up until they moved out of the house.

I implore you to take into consideration the 7 years Steven has served in one of the most dangerous occupations in the Air Force. He has been deployed to the Middle East twice. He has been promoted on a regular basis. He even did a bomb sweep for President Obama's visit to Denver during the last election. When he learned that he would be in Denver, he called us and his sister and made arrangements to visit us even though he only had a couple hours to spend with us. He didn't call his friends, he called his family.

 I believe my son has served honorably and that his contributions to the Air Force should not be ignored.

Steven has been working 2 jobs and 80 to 90 hours a week in order to pay both his and his ex-wife's attorney fees and complete the divorce and meet all of his other financial obligations including his ex's credit card debt.

We received a call several months ago from his ex-wife again complaining that Steven wouldn't give up his earned college fund through the Air Force. I couldn't believe it, Steven had tried to get Trisha to take college classes for years and she would never go, and all of sudden she demands his hard earned college funds? She was absolutely livid on the phone. I only asked her why she never took college classes when Steven had made the suggestion. Trisha can't find a full time job that provides medical benefits because of the 12 holes in each ear, 8 or 9 in her lower lip and others that I don't even want to know about. She is a trained horse Ferrier but can't get a job in her field because of the piercings, according to Trisha she has been given the reason that they are a health hazard and a breeding ground for bacteria, yet she has or at least had no intension of removing them.

I am familiar with the allegations in this case.

Again, I plead, beg and implore you to give Steven an Honorable Discharge if a discharge is really necessary. Steven deserves the honorable discharge; he has served his country for 7 years, doing a job that very few would want. He places other people's wants and wishes above his own.

I would ask you to consider leniency in Steven's case. I believe Steven has great potential for doing whatever he wants to do with his future. He has already been working hard so that he has a job outside of the military. Steven started investing in the stock market using a qualified financial adviser right after basic training, putting money away monthly. Steven even invested a large portion of his last re-enlistment bonus. Steven is not a short term planner, he wants a future in which he is financially sound, happy and doing what he enjoys surrounded by people he believes in and who believe in him.

These are the qualities that he has been raised with and the qualities I believe are attributed to someone who deserves an Honorable Discharge.

Thank you for giving this very concerned mother a chance to tell you of how very proud she is of her son.

Sincerely,
Barbara Zachman

March 31, 2015

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

FROM:  Gary Zachman

SUBJECT:  Letter of Support for SSgt Steven M. Zachman

I am Steven's father and was a combat flight North Vietnamese linguist in the Air Force; the reason he chose EOD rather than the initial offer to train as a linguist. I am a lawyer.

I've always spokes with Steven about everything in his life, except during deployments. I have seen videos of his deployments shared by others and can only say the dangers in what he did and the close proximity of damages he has seen are as bad as anything I was exposed to during Vietnam. These deployments took his home and comfort (straying spouse and loss of pets), which were hard on him. The last couple of years have been very hard on us as he can't speak about the most important thing going on in his life.

I know Steven to be extremely smart, and passionate about all things in his life. While learning about his job he did great; involved and learning. Steven is one of the biggest hearted and gentlest people I have ever known.

Steven always works extremely hard and does his best. He has been a top performer in most every task put in front of him. As a young white belt in judo he took out a nine year undefeated black belt four years older in 32 seconds. At 16, he was invited to the Olympic trials for Rugby and spent time with the Olympic Judo team. Steven remains the top finisher in a workout regimen I designed and have run over 3,500 students through. He has an understanding of Multiple Sclerosis (I have it) that goes beyond that of top researchers based on his response to questions posed to both, and he liked to spend as much time as possible riding his motorcycle as it takes total focus. He was put in charge of fitness for his first unit and his Exec said he was great at the task. As a large credit to the Air Force, he volunteered at zoos where ever he's lived, helping to rebuild enclosures and care for animals. He also always had pets rescued from animal shelters.

I am familiar with the allegations in this. I ask you to show leniency due to the traumatic events preceding this matter.

I know Steven could return to being one of the strongest EOD techs in the military and has great rehabilitation potential based on his intelligence, passion and ability to work harder than most anyone. Should you decide to separate him please do not undermine his future any more than has already been done, but do so under Honorable or General Conditions.

Thank you for your time and consideration. If you would like to discuss this matter further, please do not hesitate to contact me at (719) 629-9362.
Gary Zachman

June 12, 2015

LETTER OF SUPPORT

FROM: Erin Trujillo, Sister

My name is Erin Trujillo. I am currently a full time mother of 2 children who are under 3 years of age. I am also a wife and a REALTOR. I am also Steven Zachman's older sister

I have known him since he was born and lived with him the first 14 years of his life at which point I moved to Colorado to attend the University of Denver. As his sister, I also became is chauffer, I drove him to sporting events and social events, to and from school and of course we spent endless hours at home playing sports and squabbling like siblings do. Though we are not best friends as siblings, we do communicate on a regular basis to catch up.

In my opinion, my brother is a hard worker who devotes his time and energy to the things he has promised to do and to provide for his family. He is generous and does what he can to help and support those around him. Most of the time when I call Steven he is at work, on his way to work, or on break from work. He doesn't waste time on things like Facebook or email unless it is necessary to communicate with the person that way (ie. Facebook is the best way to reach our father some days). I am familiar with the allegations leveled against him.

I would ask for leniency in sentencing Steven. I understand that the allegations are serious and that you do not personally know my brother nor have you had any interactions with him to lend you a personal opinion one way or another. From my experience of having lived with him and watching his interactions with all different types of people and life experiences, not only do I think he is a hardworking and productive member of society, I think he is a wonderful caregiver and provider. He volunteered for the military, he has never complained, he has looked forward to his 2 tours and had actively requested another. He also re-enlisted to stay in the military. The few times I catch Steven at home when I call, he is working with his fiancée's daughter in learning how to read and study despite her acute ADHD. He is always looking for a solution to help her learn and move forward in life without the support of drugs and other society crutches. I would trust him to watch and care for my children and my household and know that it is in good hands. I know that

I would like to thank you in advance for your consideration and for taking the time to read through my opinion and thoughts. Should you have questions about what I have written or would like more of my thoughts, please contact me on my cell phone at 720-838-6077 or my email ERINLTRUJILLO@GMAIL.COM.


Sincerely,

Erin Trujillo

20 Oct 15

On Thursday, 15 October 2015 I was contact by a USAF OSI Agent.  He called with questions about Steven Zachman and my niece, Aisia Daniels.  I was a bit confused with why he was the one calling me when this is no longer a military case but I still cooperated.  I explained to him that my niece has never been alone with Steven or any man outside of her Grandfather for that matter.  He kept trying to push information in my head like he had seen pictures of my son on the laptop but when I asked him straight out if that is what he saw, he replied no.  He went on to tell me that this is to build a second case against Steven because they have all they need for the first case.  I find that very disturbing that he would either make up information or even disclose information to me about a personal case just to try to get something out of me that is not there! Last time I spoke with an agent of the OSI was on 18 February 2014 at Scott AFB.  Later, I read the report from our interview and they had changed everything around to fit their case and that is against the law!  As a military member for the past 15 years I've had nothing but the upmost respect for our OSI team but this team has done everything their way and not the right way. Very disappointing!

I would like to add my feelings on this case and about Steven Zachman.  I met Steven over 2 years ago and I knew then that he was a great person! He's very kind and helpful to anyone who needs anything! I personally had to move 5 times in a 6 month period, to include deploying to Afghanistan, and Steven was there packing and moving all my stuff 4 of those times.  After my deployment, he was the one there packing me up to move from Illinois to Florida without ever saying no!  To say that he has pictures of children is absurd! He doesn't even use a camera.  He is a man who loves the outdoors and prefers that over technology.  When he was around my niece and my son, he was teaching them about tools and life lessons… It was never a photo

shoot!  After my divorce, my sister started dating Steven and he never made me feel like I was bothering him because we needed help around the house.  This guy is a great human being and I've had to watch the same people that he has helped, turn their backs on him because of something I honestly don't believe that he's guilty of.  I'm very picky about the people I allow in our lives and the lives of our children and I feel like I didn't make a mistake allowing Steven in our family circle.  He will always be Super Steve to me! Great Guy, Great Friend, Great Brother-in-law to be!

Dana L. Daniels, TSgt, USAF

Contact me:

Email: danadaniels79@gmail.com or dana.daniels@us.af.mil

Phone: 386-234-0341

DATE 2015 Apr 01

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

FROM: RICHARDSON, REBECCA ANN (PRIVATE CITIZEN)

SUBJECT:  Letter of Support for SSgt Steven M. Zachman

1. I have known SSgt Zachman since he was born.  I am his cousin.  I was his babysitter
in the summers SSgt Zachman and his family lived in Minnesota.  I have not seen
SSgt Zachman for a few years but we have talked to each other via facebook messaging
and/or texts throughout the years he has been in the U.S. Air Force.

2. SSgt Zachman has always been a driven young man.  He takes responsibility for
himself as well as others both in his personal life and in his chosen profession.  SSgt
Zachman has proved himself to be dependable, responsible and honorable.  SSgt
Zachman has always been willing to help me in whatever capacity I needed if I requested
his help.  He has always stepped up and delivered on what he promised.

3. I am asking SSgt Zachman's commanders for leniency and mercy.  SSgt Zachman is a
great candidate for full rehabilitation because the he is a great man, he deserves a chance to redeem and
prove himself.  Although I do not know the details of the case, I feel that SSgt Zachman should be
discharged from the U.S. Air Force with an Honorable and barring that he should get an
Under Honorable Conditions, SSgt Zachman has proved himself to be a great Airman for
the United States and has done things that most of us in the civilian world could not
comprehend or even attempt to accomplish.  Every person deserves a second chance,
please consider giving SSgt Zachman a second chance so he can live his life instead of
just scraping by and having a life that will be difficult if not impossible to navigate.

4. Thank you for your time and consideration.  If you would like to discuss this matter
further, please do not hesitate to contact me at (cell) 763-567-0431) and (work) 952 -258-
5333.

<div style="margin-left:40%">

Richardson, Rebecca Ann
Civilian
Hennepin County Sheriff's Office
911 Telecommunicator
</div>

Date: May 5, 2015

Re: United States of America v. Steven Zachman
Cause No.: 3:15CR30042DRH

Your Honor,

My name is Dr. Armand D. Boudreau Jr. and I am a retired Lt Col from the United States Air Force honorable serving for 30 years. I am writing this letter to explain how I know Steven Zachman and to provide some comments on his behalf.

I have known Steven for over 12 years and when I first met him I would describe him as a very proud individual, he was friendly, ambitious, and a hard worker, and one that you could not help but admire. We did projects together and he was always willing to help, he was also very active in community activities, rescuing and saving animals, and even volunteered at a local zoo as a handyman. As I got to know him better, I started talking to him about his future and about going into the military. I must admit he was like I was at that age, right out of high school, working, not sure what I wanted to do, and I felt that the military would be a good for him as it was for me. I encouraged him to go into the military, and he enlisted and got selected to attend one of the hardest career fields there is, Explosive Ordnance Disposal (EOD), which he successfully completed.

As I will describe, he was a model Airman, very dedicated, mission before self, and extremely highly motivated. I was in leadership roles throughout my entire career and was a commander twice. As a leader, you dream about having individuals like Steven in your command. He had tremendous initiative, always forward thinking, very sharp, and so proud about serving the nation; I could see him as the Airman of the Year candidate. These are just a few words to describe his caliber. I even talked to him about finishing college and applying to Officer Training School to become an officer, just like I did. I told him he would be a great officer.

I am not sure what he did and what charges he has been convicted of and cannot talk to that, but I can talk about him going on two deployments and moving to Scott AFB, IL. He went to Afghanistan and when he returned we talked about what he did and he was very proud to have served there. His second deployment was the one I was most concerned with. When he returned, I was convinced that something serious happened to him because he wasn't the Steven I knew. Unfortunately, he would not talk about it and I do not know if it was Post-Traumatic Stress Disorder (PTSD) or something of that nature that unfortunately is so prevalent in individuals coming back from deployments. He was very reserved, not sure of himself, and seemed to be very depressed. The model Airman I had known for years had changed. If I was in a position to help him, I would focus on what occurred while on deployment from a medical and rehabilitation point of view.

So the question remains, how do we as a nation and me as an individual, get Steven back to the dedicated individual that I have known him to be? Those qualities that I mentioned earlier are engrained in him and are still a dominate part of this individual's character. My belief is, as a nation that he served so proudly, we should collectively help him and get him the help that I believe he needs. I am not sure what his options are and perhaps you have the ultimate authority of deciding. If jail is one of the

options, I believe it will not help him and I am afraid it will destroy him. It is my hope that you will take into account Steven's dedication and service to the nation. If I was still in the military, would proudly serve with him.

In closing, I would like to thank you for your time and consideration. If you would like to speak with me, I can be reached at 719-229-1905.


Sincerely,

Dr. Armand D. Boudreau Jr., Retired, Lt Col, USAF



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS 451st AIR EXPEDITIONARY GROUP
KANDAHAR AIRFIELD, AFGHANISTAN
APO AE 09355

6 April 2015

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

FROM: 451 ESPTS/CC

SUBJECT: SSgt Steven M. Zachman Discharge Service Characterization

1. I am Lt Col David B. Novy, commander of the 451st Expeditionary Support Squadron, Kandahar Airfield, Afghanistan. Although I am currently deployed, my home station is Scott AFB, Illinois, where I serve as commander of the 375th Civil Engineer Squadron and have held that position since July 2013. Prior to taking command at Scott AFB, I served as the commander of the 1st Special Operations Civil Engineer Squadron at Hurlburt Field, Florida.

2. I was SSgt Zachman's commander when the allegations of this case surfaced. I was regularly briefed on the status of the case by the legal office and was provided a copy of the full ROI by OSI upon completion of the investigation. I am fully aware of the allegations against SSgt Zachman which form the basis for his discharge recommendation.

3. I am aware that SSgt Zachman's current commander is recommending that SSgt Zachman be discharged with an Under Other Than Honorable Conditions (UOTHC) service characterization and that the base legal office supports this characterization. I am not writing this letter to undermine Maj Bucholz's authority—I respect his decision as a commander. However, I disagree with his recommendation and believe that an Under Honorable Conditions (General) service characterization is warranted and appropriate in this case for the reasons set forth below.

4. I first met SSgt Zachman when I arrived at Scott AFB in the summer of 2013 and have had at least weekly interaction with him since then through routine involvement with the Explosive Ordnance Disposal (EOD) Flight, during snow operations in January-February 2014, and as part of the Civil Engineer Squadron's monthly Prime BEEF training program. I have observed him as an EOD operator, Training NCO for both flight and squadron-level programs, and daily during the most aggressive, continuous snow removal operations required on Scott AFB in more than a decade.

5. SSgt Zachman is a stand out Airman in many ways. In 2013 he was the Scott AFB Airman Leadership School Levitow Award winner (#1/26 graduates) and a 375 AMW NCO of the Quarter. He has served on multiple U.S. Secret Service support details providing protection for the President of the United States against explosive threats in public and private forums and large public venues. When Scott AFB was hit with the January 2014 "Polar Vortex" and witnessed the most severe snow storm in more than a decade, SSgt Zachman volunteered to join the snow removal effort working almost two-months straight of 12-hour shifts to recover the base from repeated snow events -- this was in contrast to some of his peers in EOD and other protected emergency response AFSCs who hid behind a prohibition on assignment to additional duties to avoid the long hours and extra work. As a squadron, base, and community volunteer, he has demonstrated consistent commitment to fundraising, charity, and outreach events such as the

squadron booster club and community food banks, and devoted more than 500 hours to Airmen Against Drunk Driving in 2014 alone. As our EOD Training NCO, he has an encyclopedic knowledge of bombs, explosive components, and enemy tactics, techniques, and procedures and personally helped develop dozens of Scott's EOD Airmen to successfully apply their skills in the Southwest Asia Area of Responsibility providing Route Clearance and counter-Improvised Explosive Device operations for U.S. and Coalition personnel.

6. I firmly believe SSgt Zachman can be returned to being a productive member of society and should be afforded the best opportunity to contribute to society after facing any penalty adjudged by the civilian courts. He has consistently been a top performer in a very rigorous career field, been a phenomenal wingman to many Airmen, and never shied away from his responsibilities as an NCO and EOD operator. Based on my observations and as a commander who has been responsible for more than 900 Airmen over the past four years, SSgt Zachman has the highest degree of rehabilitation potential I've seen in any Airman facing court or a discharge. For those reasons, I feel a General Discharge best serves the interest of justice in this case.

7. If you have any questions, please contact me at DSN 318-421-9283.

NOVY.DAVID.
B.1174863772

Digitally signed by
NOVY.DAVID.B.1174863772
DN: c=US, o=U.S. Government, ou=DoD,
ou=PKI, ou=USAF,
cn=NOVY.DAVID.B.1174863772
Date: 2015.04.06 12:05:42 +04'00'

DAVID B. NOVY, Lt Col, USAF
Commander

31 March 2015

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

FROM: MSgt David Pinkham, 932 EOD Program Manager

SUBJECT: Letter of Support for SSgt Steven M. Zachman

1. I am MSgt David Pinkham, the Program Manager for the 932 EOD Flight. Our flight is collocated and teamed with the 375th EOD flight. Together we make the Scott AFB EOD Team. I joined the AF in 1998 as an EOD journeyman and stationed at Scott AFB in 2004. In 2009 I separated from active duty to take over as the AGR in the 932 EOD flight. During the last 16 years I have deployed 6 times, received multiple decorations and awards, including: two Bronze Stars, many squadron/ group awards, and three wing level awards (2012 and 2014 SNCO of the year). My time at Scott has been marked with not only individual accomplishments but team success as well. As a combined unit we have had 5 IG level inspections receiving nothing lower than an "Excellent" rating. In 2014 Scott EOD was named the best EOD flight in AMC.

2. I have known SSgt Zachman since his arrival in Jan of 2011. We had day to day contact in the work center and occasional contact outside of work. SSgt Zachman played a pivotal role in the relationship between the 932 and 375 flights. While at Scott he was task with a deployment and multiple missions in support of POTUS and VPOTUS. He was instrumental in multiple emergency responses both on and off the installation. During all the above incidents, he served with the utmost professionalism and technical proficiency. He never displayed behavior or attitude that would represent anything other than honorable service.

3. As mentioned, SSgt Zachman's work history has been exemplary. He continually led the airmen in training and aided those struggling in fitness and professional development. His character, attitude, and technical knowledge never led the flight to question his ability, security clearance, or his access to sensitive information and explosives. His body of work represents an individual who poured his heart into leading and training others. It was his desire to build those up around him that compelled me to write this letter.

4. I am familiar with the allegations in this case.

5. I cannot speak to SSgt Zachman's innocence or guilt with regards to his pending case and I will not presume to. However, I am one of few you can speak to his body of work for the entire time at Scott AFB. Whatever punishment is forthcoming does not remove what he provided the Air Force and the EOD career field. I ask that you consider his past work and my request for leniency when deciding his discharge. An honorable service characterization will allow SSgt Zachman to live up to his great rehabilitation potential. This discharge will take into account his award winning and distinguished service.

6. Thank you for your time and consideration. If you would like to discuss this matter further, please do not hesitate to contact me at work (618-256-4250) or at home (618-558-2077).

David M. Pinkham, MSgt, USAFR
EOD Program Manager
932 Civil Engineer Squadron

April 2, 2015

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

FROM: Melanie Russian Lindsay, formerly USAF SSgt Melanie V. Russian

SUBJECT:  Letter of Support for SSgt Steven M. Zachman

1.  I am Melanie Russian Lindsay, formerly USAF SSgt Melanie V. Russian. I was in the military for 6 years from 2002-2008, and my husband, Nathanael R. Lindsay is currently an active-duty instructor at the Explosive Ordnance Disposal (EOD) preliminary course at Sheppard AFB, Texas. I was also EOD, the same AFSC as Steve and my husband. I deployed twice, once to Balad AB, Iraq in 2005-2006 as an EOD team member, and then to Bagram AB, Afghanistan, as well as FOB Asadabad to support an Army Route Clearance Patrol Team in 2007-2008 as an EOD team leader. I then separated from the military after my enlistment was up in July 2008 and attended Florida State University to earn my bachelor's degree in Elementary Education. Not only did I substitute teach in Florida, but after we moved to Illinois and met Steve, I continued to substitute teach in area schools, and continued my education with master's classes.
    Currently, I teach 6th grade Social Studies at Zundy Elementary for the Wichita Falls Independent School District, and have worked with children in some capacity since I was eleven and started babysitting. I have coached youth (4-5 year old soccer), volunteered at a teen youth lock-in, watched friends' children both during the day and overnight, and have been a stepmother to my stepchildren since November 11, 2009, when Hannah was 4 and Isaiah was 9.  Steve has been around my stepchildren, and both my husband and I would not hesitate to leave them in Steve's sole care both during the day and overnight when needed.

2.  I have known SSgt Steve (Steven) Zachman since he arrived at Scott Air Force Base in Mascoutah, Illinois. I met him through my husband, who worked in the same office one desk over from Steve. He became friends with my husband Nate and me, and we remained friends even after my husband was transferred to Texas and we moved here in January 2014. My husband and I spent a great deal of time with Steve, both in each others' houses, as well as with a larger group doing activities in the local area and at work events that families were invited to. Steve and I also both worked out at the O'Fallon School of Fitness, and between this time and other outings with my husband and other friends, we spent time together at least 2-5 times each week while stationed together with my husband, except for when either Steve or I were out of town. Even when I was out of town, Steve and my husband would spend time together multiple times each week outside of work.
    Steve became such a good friend of my husband and I, that I consider him family. We invited him to family functions such as Thanksgiving when my husband's family and my stepchildren came over to visit from Indiana. When on a work trip to Chicago, where I was from, my husband and Steve spent time with my family who still lived in the area, because he was that close of a friend, and we considered him part of our family. Steve was also always our first and top choice to check on our house and take care of our cat when we were out of town, because we trusted him completely then, and continue to do so now.

3.  As a person, you will not find someone who is a better friend to everyone he meets than Steve, and as a worker, my husband would always tell me that Steve was his best subordinate troop and hardest worker he has ever had the pleasure of working with. Steve was taking classes towards his bachelor's degree, and was very motivated to improve himself both academically and physically. Steve is an outstanding person with impeccable integrity, and I have absolutely no doubt that anything bad that is said about him is false, and because he was taken advantage of or

used, due to how nice and trusting he is.

I, and my entire family, am better for having known him, and I am proud to call him friend and family. I trust Steve with my life, my husband's life, my stepchildren's lives, as well as the life and well being of any other person or animal. Steve is kind, thoughtful, always willing to help others, and one of the top five nicest and most genuine people I know. He even is nicer and more helpful to even complete strangers than my husband, and probably a little more helpful to others than myself, to be completely honest. If Steve has one character flaw, it is that he is too nice, and too trusting of others. He is always willing to see the best in others and trust them, even when their motives are not always pure. I am naïve too in that respect, and have been burned by it, as I know Steve has been too.

4.  I am familiar with the allegations in this case.  I was very shocked and saddened to hear that Steve had been dealing with legal issues, as I knew both him and his wife while living in Illinois, and spent time with both. I thought that after the divorce had been worked out, that things were settled, and was excited and happy for Steve to be able to go to Incirlik, Turkey because of the amazing once-in-a-lifetime experience I knew he would have living there. As such close friends with him, my husband and I both only wanted the best for Steve, and for him to be happy.

5. I implore you to consider as much leniency and mercy as possible in your handling of SSgt Steve Zachman's case, and to provide him with an Honorable discharge categorization that the entirety of his work and personal conduct throughout his entire career deserves. I trust that your judgment in this matter will take into account all the noble and good acts that SSgt Zachman has done throughout his career and his life, and all the lives that he has forever positively impacted, including mine.

SSgt Zachman has great rehabilitative potential, and will take the same approach to it as he does with everything in life, to give outstanding effort and settle for nothing less than success and the best possible result. After he is able to move past this point in his life, I know that Steve will continue to do great things, and help people, as well as make much of his life both in personal and professional areas. He will continue to be a thoughtful and kind person, regardless of what others have done to him, and what has happened to him, through no fault of his own except for being too trusting. If you are unable to provide the amount of mercy and leniency required for an Honorable discharge, I beg you to consider an Under Honorable Conditions (General) discharge, as that is the least I would hope to see done for such an outstanding individual as Steve Zachman.

6.  Thank you for your time and consideration, as well as for the opportunity to provide personal testament to Steve Zachman's character. I cannot think of another person who is more deserving of all the accolades that I, and others, give him. If you need me to attend any hearings in person on Steve's behalf, I will make arrangements for work so that I may attend, because it is the least I can do to help someone who has done so much for me and my family, and been such a good friend to all who have had the pleasure of knowing him. If you would like to discuss this matter further, please do not hesitate to contact me via my cell phone (618) 578-3435, which is the best way to reach me, or through email at melanierlindsay@yahoo.com, and my work number at school, (940) 235-1123.


MELANIE R. LINDSAY, Former SSgt, USAF

April 3, 2015

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

FROM: TSgt, Nathanael R. Lindsay

SUBJECT: Letter of Support for SSgt Steven M. Zachman

1. I am Nathanael R. Lindsay, TSgt, NCOIC, Explosive Ordnance Disposal (EOD) Preliminary
Course, Sheppard AFB, Texas. I have been active-duty Air Force as an EOD Technician since
April 2004. I have deployed twice to Afghanistan, once as a team member, and once as a team
leader; once to Iraq as a team leader; and most recently in 2013 to the Deployment Transition
Center at Ramstein AFB, Germany, as a career-field facilitator for airmen returning from combat
deployments. Currently, as NCOIC of the EOD Preliminary Course, I supervise 12 EOD cadre
and over 500 EOD candidates. Prior to this assignment, I was stationed at Scott AFB, Illinois
from December 2009 through January 2014. While at Scott, I was the training manager for the
EOD flight and SSgt Steve Zachman's direct supervisor after he arrived in 2010. Prior to Scott,
my first duty station after EOD school was Tyndall AFB, Florida, where I worked in the EOD
flight's equipment and resources section.

2. I have known SSgt Steve (Steven) Zachman since he arrived at Scott Air Force Base in 2010.
As coworkers, we had constant daily contact, and we became friends as well. We remained
friends even after I received orders and moved to Sheppard AFB for my current position. We
spent a great deal of time together, even outside of work, with my wife, and other friends both
from work and off-duty friends we met. We spent time together often, at least 2-5 times each
week while stationed together, except for TDYs and vacations.
        Steve became such a good friend of mine that I consider him family. I have invited him to
family functions such as Thanksgiving when my parents, sister, and my two children came to
visit from Indiana. Steve has been around my children, and I would not hesitate to leave them in
Steve's sole care both during the day and overnight if the need arose.
State how you know SSgt Zachman, how long you have known him and how much contact you
have with him (daily/weekly/monthly, etc.). If you also know him off-duty, explain where and
when.
        My wife also considers Steve family, and when he and I went on a TDY to Chicago,
where she is from, we spent time with her family and they welcomed both of us like family,
simply because if my wife said we were good people, they trust her judgment completely. Steve
has always been my wife's and my first and top choice to check on our house, take care of our
cat, and my go-to person to help my wife with any issues while I was deployed.

3. SSgt Zachman was my best troop and the hardest worker I have worked with. Steve was
taking classes towards his bachelor's degree, and was very motivated to improve himself both
academically and physically. If there were ever something I needed to get done, I would go to
him before anyone else of any rank, because with Steve I know that the job would get done
correctly and as soon as possible, without me having to check up on him. Steve is an outstanding
person with impeccable integrity, and the first to step up and help others, even those who he may
not know or even be close friends with.
        He was hand-selected by myself and other flight leadership to participate in multiple
wing inspections, due to his work ethic and character, and always performed flawlessly. He is
easily one of most competent people I know, his work in both his professional and personal life is
the highest quality, and he is extremely dependable and reliable. He is trustworthy, honest, and
my only hope for him is that he can be happy and return to being productive both professionally

and personally, and continue to contribute to his workplace and circle of friends to make others' lives better, as he has done so far in his life.

4. I am familiar with the allegations in this case.

5. I ask you to consider as much leniency and mercy as possible in your handling of SSgt Steve Zachman's case, and to provide him with an Honorable discharge categorization. I trust that your judgment in this matter will take into account all the noble and good acts that SSgt Zachman has done throughout his career and his life. SSgt Zachman has great rehabilitative potential, and I know he will go on to continue to do great things both professionally and personally, when given the chance to move forward and do so.

That is why I ask for an Honorable discharge categorization, because doing otherwise would severely limit his employment and post-service development options, which would be a disservice to both SSgt Zachman, as well as those that he will go on to help and have a positive impact on. If you are somehow unable to grant an Honorable discharge, I implore you to consider an Under Honorable Conditions (General) discharge, as that is the least I would hope to see done for such an outstanding individual as Steve Zachman.

6. Thank you for your time and consideration. If you would like to discuss this matter further, please do not hesitate to contact me at (940) 676-9279 / DSN 736-9289 and (618) 578-3434. SSgt Steven Zachman has been an invaluable asset to the United States Air Force and there is no one I would rather have working beside me in both a stateside/civilian capacity, and especially in a dangerous situation such as when deployed overseas in a combat zone.


NATHANAEL R. LINDSAY, TSgt, USAF

27 April 2015

Re: United States of America v. Steven Zachman
Cause No.: 3:15CR30042DRH

Your Honor,

I am Conan R. Mauro and am writing you to speak about Steven Zachman, a man I hold in high regards and respect. After over 20-years Active Duty Air Force, I retired on 1 January 2015 and was the former Flight Chief of Operations Engineering for the 27th Special Operations Civil Engineer Squadron on Cannon Air Force Base, New Mexico. In that position, my duties and responsibilities included working with various military and civilian subject matter experts covering mechanical & electrical engineering, pavements & structures with other civil engineer functions to maintain and support a $3.1B infrastructure with contracting support, new construction and projection of future facility requirements for up to 10-years. I had served in that position since July 2013 and have been stationed at Cannon AFB since 2006 serving as the Superintendent of Asset Management, the Superintendent of Emergency Management & Readiness, the Commandant of Airman Leadership School (ALS) and various Noncommissioned Officer In Charge (NCOIC) positions. I have deployed for over 1030-days in support of Operations Southern Watch, Iraqi Freedom, Enduring Freedom, and Observant Compass serving in positions as First Sergeant, Flight Chief, Superintendent, and NCOIC.

I know Steven Zachman from the time we served together at Cannon AFB from 2008-20010. My duty position during the time we met was the NCOIC of the Facilities Maintenance Team. I had spent time with Steven and the Explosive Ordinance Disposal (EOD) Flight while working on work orders for the EOD flight and during squadron training exercises. During that period of time, I saw Steven almost daily, but at least 3 times a week, because we participated in squadron Physical Training (PT) on Monday, Wednesday, and Friday and my section stood next to the EOD Flight. I also stood in the same area as his flight prior to PT, therefore, I learned a great deal about Steven through our interactions at PT and within his flight for work related visits and flight functions. I also spent a week in the field with Steven during a squadron bivouac where I stayed in the same tent as the EOD Flight. Upon my first interaction with Steven I was immediately impressed by his maturity, confidence and respect for other individuals. I was completely impressed by Steven's EOD knowledge and his ability to teach proper identification procedures to non-EOD technicians, like myself. His patience and ability to break down complex information into an easy to follow format was vital during his classes. Steven's professionalism is well rounded and diverse, which was evident when gave a speech, as part of a group, to one of my ALS classes on the reasons a person should not drink and drive.

Based on my interactions with, and observations of, Steven during the times these interactions and observations took place, I formed opinions about his military character and level of integrity. My opinion is that Steven is an upright and noble person who is a phenomenal asset to the Air Force. Steven's compassion and respect for his fellow service members is indispensable to those who serve with him and after over 20-years of active duty service, I hold Steven in the highest regards as an NCO and as a person. My motivation for writing this letter on behalf of Steven is the impression he left on me after our first interaction and watching him develop from Airman to NCO since I kept in touch with Steven after he left Cannon AFB. From conversations I had with Steven's team members and supervisors, and from what I have witnessed, I have always been impressed by his maturity, confidence, and compassion for other people. When Steven volunteered to speak to my ALS class, he was supporting an individual who had recently received a DUI; his words were genuine and heartfelt, which was noted by many students after the

briefing.  Steven is always putting others before himself with his full heart and compassion to see others prosper and flourish as he concerns himself with the wellbeing of those in his life.

Your Honor, I humbly request you be lenient and merciful when making a final decision on this case.  From all of my interactions with Steven, and conversations with his supervisors/coworkers, during his time at Cannon, and beyond, I can uprightly state Steven's unwavering dedication to people and his steadfast reliability are indicative of his outstanding character that is beyond reproach.  Steven is the type of individual who will not hesitate to offer assistance, financially, physically, or otherwise, and would freely open his home to anyone seeking assistance as he values anyone he meets in life.  With this statement in mind, I believe Steven deserves a lenient and merciful judgment.  I urge you to take all of Steven's admirable qualities and dedication to his family, friends, and those who have had the pleasure of meeting him, as you consider his sentence.  I thank you, Your Honor, for your time and consideration.

Sincerely,

CONAN R. MAURO,

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

0 1 APR 2015

FROM:       Pamala A. Dockham

SUBJECT:    Letter of Support for SSgt Steven M. Zachman

1.  I am Pamala A. Dockham.  Although I have never been in the service myself, my father, husband
    and son have all served in the Army.  As well, my nephew served in the Air Force.  At this time,
    my daughter has been a part of Civil Air Patrol for the last 4 years.  She joined at the age of 12, to
    get a jump start on a career that would hopefully put her standing right next to her cousin
    defending all of our freedoms and willing to lay down their lives for the jobs that they chose.

2.  SSgt Zachman is my cousin, and I Have known him since birth.  I watched him grown through
    many stages in life.  He was always a headstrong person, and when he got something in his head
    that he was going to do something there was little you could do to deter him.  As a teenager
    babysitting him, he was very trying.  However, when he became the teenager I got to sit back and
    think "wow, what an amazing kid his is growing into."  Then he announced to the family that he
    was following in his father's footsteps and joining The United States Air Force.  That is when it
    hit me, he had really gown up.  Once he made that decision, there was no looking back for him.
    He is an all or nothing kind of person.  With him, you get what you see.  He has nothing to hide
    and has always been the one to tell it like it is person, even if he knew that you wouldn't like the
    answers.  He has had his share of struggles with a marriage and a divorce that was beyond
    difficult.

3.  In my opinion SSgt Zachman is one of the best that the Air Force could have on their side.  If he
    is half as dedicated to those he serves with as he is his family, they have nothing to fear and
    should know that he will always have their backs.  He loves all people no matter race, religion,
    nationality, or gender preference.  He respects all life, adult children and animals.  He has
    volunteered in many zoo's and shelters as an adult.  I have seen pictures of him playing with the
    lions, and there was no indication of fear on either side.  Animals are probably the best judge of
    character in humans.  They can sense the good and the bad, and Steven is one of the good ones.
    He has a loving and trusting heart, and is willing to help everyone and everything.  When he
    enlisted, he told us what his MOS would be, but didn't give many details.  We knew it was
    dangerous and we prayed for him and his unit while they were deployed.  To this day I have not
    been able to watch The Hurt Locker, as I did not want the reality of what he did in my face.  He
    trained hard physically and mentally, and ever wanted to be anything other than the best that he
    could be.  From the conversations that we had, some through his parents, I believe that he was
    scoring at the top of all his tests and still kept pushing to do better.  SSgt Zachman has spent time
    encouraging my son while he was in the Army, and my nephew in the Air Force, to push
    themselves further, to try new things.  He was a support system, and a role model to them.  He
    was there for them with a listening ear, and sound advice.  He provided support to them, when we
    were unable to.

4.  I am familiar with the allegations in this case.  We would ask that SSgt Zachman's commanders
    extend mercy and take into account all the good that he has done with his time in service.  Not
    just for his unit, but for the people in the countries that he was deployed to protect.  He has truly
    grown into an amazing young man.  A man that I would be comfortable letting my daughter and
    her friends to be around.  I would trust that he would never hurt them, but would protect and
    defend them without hesitation.  I ask you for leniency and mercy and by doing so grant SSgt
    Zachman an Honorable or General Discharge.

Thank you for your time and consideration.  If you would like to discuss this matter further, please do not hesitate to contact me at 612-986-5491.

Pamala Arleen Dockham