UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN M. ZACHMAN,

    Defendant,                                                          No. 15-cr-30042-DRH

==========================
USAA FEDERAL SAVING BANK,

    Garnishee.

## GARNISHEE ORDER

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee filed an Answer on December 28, 2015 (Doc. 40), stating that at the time of the service of the Writ they had in their possession or under their control personal property belonging to and due defendant.

On November 30, 2015, the Defendant was notified of his right to a hearing. Thereafter, defendant filed a *pro se* motion opposing the Writ of Garnishment arguing that his participation in the Inmate Financial Responsibility Program (IFRP) keeps him out of default (Doc. 39). 28 U.S.C. § 3202(d) limits the nature of a hearing in a garnishment proceeding to the probable validity of any claim of exemption or to compliance with any statutory requirement for the issuance of a

writ of garnishment. 28 U.S.C. § 3202(d). Based on the defendant's claims, on January 20, 2016, the Court denied the defendant's motion noting that defendant failed to assert any statutory exemptions that apply to the property that the United States seeks to garnish (Doc. 44). Thus, his claims did not meet the 28 U.S.C. § 3202(d) standard for a hearing in a garnishment proceeding.

Therefore, the Court **ORDERS** that garnishee pay all monies in its possession to plaintiff, and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

Payments are to be made payable to the Clerk of the District Court , 750 Missouri Avenue, East St. Louis, Illinois  62201. Also, the plaintiff is to provide a copy of this Order to the garnishee.

**IT IS SO ORDERED.**

Signed this 1st day of February, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.02.01 12:21:04 -06'00'

**United States District Judge**