IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

     vs.                           CRIMINAL NO. 15-CR-30042-DRH

STEVEN M. ZACHMAN,

        Defendant.

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On October 21, 2015, this court entered a preliminary order for forfeiture against defendant Steven M. Zachman for the following property which had been seized from the defendant:

**One silver Apple Macbook Pro laptop computer, bearing serial number C02J60CRF1G4.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning May 8, 2016, and ending June 6, 2016, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that

no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the preliminary order filed on October 21, 2015, namely:

**One silver Apple Macbook Pro laptop computer, bearing serial number C02J60CRF1G4.**

The Air Force Office of Special Investigations or the United States Marshal shall dispose of the property according to law.

**IT IS SO ORDERED.**

Signed this 16th day of August, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.08.16 14:06:32 -05'00'

**United States District Court Judge**